1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0260-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO REOPEN DETENTION |
| v. | |
| JOSHUA BONN MCGEE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Christiaan Highsmith, Assistant U.S. Attorney, representing plaintiff United States of America, and Douglas Beevers, Assistant Federal Defender, representing defendant Joshua Bonn McGee, that the hearing on the defendant's motion to reopen detention hearing currently scheduled for September 10, 2013 be continued to September 24, 2013 at 9:15 a.m. because AUSA Highsmith is scheduled to be traveling out of the district on September 10, 2013.

///
///
///
///
///
///

1

IT IS SO STIPULATED

Dated: September 6, 2013	BENJAMIN B. WAGNER
	United States Attorney


	By:	/s/ Christiaan H. Highsmith
		CHRISTIAAN H. HIGHSMITH
		Assistant United States Attorney




	By:	/s/ C. Highsmith for D. Beevers
		DOUGLAS BEEVERS
		Assistant Federal Defender
		Attorney For Joshua Bonn Mcgee

# ORDER

**IT IS HEREBY ORDERED** that, based upon the agreement of the parties, the Court adopts the proposed stipulation continuing the hearing on the defendant's motion to reopen detention to September 24, 2013 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT