WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-00260-LKK-1 |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE HEARING** |
| v. ) | **ON MOTION TO REOPEN** |
| ) | **DETENTION** |
| JOSHUA B. MCGEE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Christiaan H. Highsmith, Assistant U.S. Attorney, representing plaintiff United States of America, and William J. Portanova, representing Joshua B. McGee, that the hearing on the defendant's motion to reopen detention hearing currently scheduled for September 24, 2013 be

///
///
///
///
///
///
///

continued to October 1, 2013 at 9:15 a.m. because Mr. McGee has retained new counsel and new counsel needs more time to prepare.

**IT IS SO STIPULATED.**

Dated: September 20, 2013	/s/ William J. Portanova
	_____
	WILLIAM J. PORTANOVA
	Attorney for Joshua B. McGee

Dated: September 20, 2013	/s/ Christiaan H. Highsmigh
	_____
	CHRISTIAAN H. HIGHSMITH
	Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:  September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT